CATHERINE M. CORFEE SBN 155064
ZACHARY M. BEST SBN 166035
CORFEE STONE LAW CORPORATION
P.O. Box 1098
Carmichael, CA 95609
Telephone:  (916) 487-5441
Facsimile:  (916) 487-5440
catherine@corfeestone.com
assistant@corfeestone.com

ATTORNEY FOR DEFENDANT
Amcor Investments, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| THERESA BROOKE,<br><br>     Plaintiff,<br><br>         v.<br><br>AMCOR INVESTMENTS, LLC, a California Limited Liability Company, dba Hampton Inn Fremont;<br><br>Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No.: 4:20-cv-02735-VKD**<br><br>**JOINT STIPULATION TO SET ASIDE ENTRY OF DEFAULT** |

     Plaintiff, THERESA BROOKE ("Plaintiff"), and Defendant, AMCOR INVESTMENTS, LLC agree to stipulate to set aside the Clerk's Entry of Default against Defendant, AMCOR INVESTMENTS, LLC. ("Defendant"). Defendant will file a responsive pleading within seven days of the Court's Order on this stipulation.

//

//

//

//

1  IT IS SO STIPULATED.

2

3  Dated: June 2, 2020                    CORFEE STONE LAW CORP.

4

5                                         By:    /s/ Zachary Best
                                                ZACHARY BEST, ESQ.
6                                               Attorneys for Defendant

7

8

9

10

11

12  Dated: June 2, 2020                    THE STROJNIK FIRM LLC

13

14                                         By: /s/ P. Kristofer Strojnik

15                                         P. KRISTOFER STROJNIK
                                           Attorney for Plaintiff
16

17

18                    **SIGNATURE ATTESTATION**

19
    I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted,
20  concur in the filing's content and have authorized the filing.

21
    Dated: June 2, 2020                              Corfee Stone Law Corp. P.C.
22
                                                     By:    /s/ Zachary Best
23                                                          ZACHARY BEST, ESQ.
24                                                          Attorneys for Defendant

25

26

27

28