1  CATHERINE M. CORFEE SBN 155064
   ZACHARY M. BEST SBN 166035
2  CORFEE STONE LAW CORPORATION
   P.O. Box 1098
3  Carmichael, CA 95609
   Telephone:  (916) 487-5441
4  Facsimile:  (916) 487-5440
5  catherine@corfeestone.com
   assistant@corfeestone.com
6
   ATTORNEY FOR DEFENDANT
7  Amcor Investments, LLC

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11

12  THERESA BROOKE,                              )   **Case No.: 20-cv-02735-VKD**
                                                 )
13      Plaintiff,                               )   **[PROPOSED] ORDER GRANTING**
            v.                                   )   **JOINT STIPULATION TO SET ASIDE**
14                                               )   **ENTRY OF DEFAULT**
15  AMCOR INVESTMENTS, LLC, a California         )
    Limited Liability Company, dba Hampton Inn   )
16  Fremont;                                     )
                                                 )
17  Defendant,                                   )
                                                 )
18                                               )
19                                               )

20
            Before the Court is the Parties' stipulation to set aside the Clerk's Entry of Default against
21
    Defendant, AMCOR INVESTMENTS, LLC. After reviewing the stipulation, THE COURT
22
    HEREBY ORDERS that the default entered against AMCOR INVESTMENTS, LLC be set aside.
23
    Defendant shall file a responsive pleading within seven days of the entry of this Order.
24

25
    Dated:  June 4, 2020                            _____
26                                                  Hon. Virginia K. DeMarchi
27                                                  United States District Court

28